# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132647
& (36)
(37)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN MATTHEW MARIOTTI,
and MARY ANN MARTIN,
               Plaintiffs-Appellants,

v

RAYMOND JOHNSON, DUSTIN
DeNIO, MICHAEL T. HAWES,
SERGEANT BURKE, LT. REMSEY,
SERGEANT GORDISH, MICHAEL
SCHWARTZ, DENIE MARKS,
and JOHN DOE I - IX,
               Defendants-Appellees.

SC: 132647
COA: 269006
Wayne CC: 03-316739-CZ

_____/

      On order of the Court, the application for leave to appeal the September 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED. The motion to compel production of transcripts is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

l0416